IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEONDRAY RAYMOND MASON, ) <br> TDCJ No. 2198087, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> DIRECTOR, TDCJ-CID, ET AL, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br><br> 3:23-CV-2497-G-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

December 19, 2023.

_____
A. JOE FISH
Senior United States District Judge